IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re:<br><br>THE HOMESTEAD AT WHITEFISH LLC,<br><br>Debtor. | CV 20–189–M–DWM<br><br>ORDER |

The parties having filed a Stipulated Dismissal of Bankruptcy Appeal (Doc. 8) pursuant to Fed. R. Bankr. P. 8023,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 25th day of March, 2021.

Donald W. Molloy, District Judge
United States District Court